**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01887-CMA-CBS

JAMES RILEY,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA, a Tennessee corporation;
HOYT BRILL, individually and in his official capacity as Warden of the Kit Carson Correctional Center;
CORRECTIONAL OFFICER LUCIANO, individually and in his official capacity as corrections officer, Kit Carson Correctional Center,

    Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

This matter is before the Court on Plaintiff's Voluntary Dismissal of Defendants Hoyt Brill and Correctional Officer Luciano (Doc. # 48) and the parties' Joint Stipulated Motion For Dismissal With Prejudice (Doc. # 49). The Court, having considered and reviewed Plaintiff's Voluntary Dismissal of Defendants and the Stipulated Motion for Dismissal, hereby ORDERS as follows:

This case is DISMISSED WITH PREJUDICE in its entirety, including Paintiff's claims against Defendants Corrections Corporation of America, Hoyt Brill and Correctional Officer Luciano. Each party shall pay his or its own attorneys fees and costs.

DATED:  June 22, 2009        BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge